## Case No. 2,297.

### In re CALBY.

[Cited in Ransom v. Geer, 12 Fed. 608. Nowhere reported; opinion not now accessible.]